# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOHN COLEMAN, III, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 2:13-cv-00775-KOB-SGC |
| JOHN T. RATHMAN, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On August 22, 2016, the magistrate judge entered a report recommending that the court deny as time-barred this petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. (Doc. 15). The petitioner filed objections on September 4, 2016.[1] (Doc. 16).

In his objections, the petitioner simply lists the rulings to which he objections, but provides no legal basis to support those objections Therefore, the court OVERRULES all of the petitioner's objections. (Doc. 16).

After careful consideration of the entire record in this case, including the magistrate judge's report and recommendation and the petitioner's objections, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation. The court finds that the petitioner's claims are due to be denied as time-barred and a certificate of appealability is due to be denied.

The court will enter a separate Final Order.

---

[1] Pursuant to the prison "mailbox rule," the petitioner filed his objections on September 4, 2016, which is the date he signed the document and purportedly delivered it to prison officials for mailing. The court received the objections on September 13, 2016.

DONE and ORDERED this 26th day of September, 2016.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE